CF
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GAGE SR., DAVID M § Case No. 11-19258-PHX DPC
GAGE, MARCY K §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on           . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ ____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ ____ as interim compensation and now requests a sum of $ ____, for a total compensation of $ ____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ ____, and now requests reimbursement for expenses of $ ____, for total expenses of $ ____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/CONSTANTINO FLORES_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case No: 11-19258-PHX   DPC   Judge: JUDGE DANIEL P. COLLINS  
Case Name: GAGE SR., DAVID M  
GAGE, MARCY K  
For Period Ending: 03/29/14

Trustee Name: CONSTANTINO FLORES  
Date Filed (f) or Converted (c): 07/05/11 (f)  
341(a) Meeting Date: 08/09/11  
Claims Bar Date: 08/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA SAVINGS ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3. CREDIT UNION WEST SAVINGS ACCOUNT | 25.00 | 0.00 | | 0.00 | FA |
| 4. CREDIT UNION WEST CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 5. RESIDENTIAL SECURITY DEPOSIT WITH LANDLORD | 1,600.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND APPLIANCES Dining room table a | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 475.00 | 0.00 | | 0.00 | FA |
| 8. WATCH | 100.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING OR ENGAGEMENT RINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. DIGITAL CAMERA | 200.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE INSURANCE WITH EMPLOYER - NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 12. LICENSE: RN | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2011 TOYOTA SIENNA 12,000 MILES | 20,390.00 | 0.00 | | 0.00 | FA |
| 14. 2011 CHEVY HHR 5K MILES | 8,975.00 | 0.00 | | 0.00 | FA |
| 15. 2 DOGS & 2 CATS | 50.00 | 0.00 | | 0.00 | FA |
| 16. FED & STATE RFDS-ESTATE'S PORTION 2011 (u) | 0.00 | 2,954.00 | | 2,954.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.11 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $36,615.00   $2,954.00   $2,954.11   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RESOLVING CLAIMS IN PREPARATION OF TFR

| | | | |
|---|---|---|---|
| Case No: | 11-19258-PHX    DPC    Judge: JUDGE DANIEL P. COLLINS | Trustee Name: | CONSTANTINO FLORES |
| Case Name: | GAGE SR., DAVID M | Date Filed (f) or Converted (c): | 07/05/11 (f) |
| | GAGE, MARCY K | 341(a) Meeting Date: | 08/09/11 |
| | | Claims Bar Date: | 08/23/12 |

Initial Projected Date of Final Report (TFR): 06/15/13    Current Projected Date of Final Report (TFR): 02/15/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-19258-PHX -DPC | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | GAGE SR., DAVID M | Bank Name: | UNION BANK |
| | GAGE, MARCY K | Account Number / CD #: | *******8038 Checking Account |
| Taxpayer ID No: | *******2382 | | |
| For Period Ending: | 03/29/14 | Blanket Bond (per case limit): | $ 65,631,723.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,678.20 | | 2,678.20 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,663.20 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,648.20 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,633.20 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,618.20 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,603.20 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,588.20 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,573.20 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,678.20 | 105.00 | 2,573.20 |
| Less: Bank Transfers/CD's | 2,678.20 | 0.00 | |
| Subtotal | 0.00 | 105.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 105.00 | |

Page Subtotals 2,678.20 105.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.05c

Case 2:11-bk-19258-DPC   Doc 35   Filed 04/21/14   Entered 04/21/14 09:14:59   Desc
Page 5 of 13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-19258-PHX -DPC | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | GAGE SR., DAVID M | Bank Name: | BANK OF AMERICA, N.A. |
| | GAGE, MARCY K | Account Number / CD #: | *******6844  BofA - Money Market Account |
| Taxpayer ID No: | *******2382 | | |
| For Period Ending: | 03/29/14 | Blanket Bond (per case limit): | $ 65,631,723.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/12 | 16 | DAVID M GAGE SR.<br>MARCY K GAGE<br>6346 W CHISUM TRAIL<br>PHOENIX, AZ  85083 | FED &STATE RFDS ESTATE PORTION 2011 | 1224-000 | 2,954.00 | | 2,954.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,954.01 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,954.03 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.51 | 2,950.52 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 2,950.55 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.87 | 2,946.68 |
| 08/05/12 | 000301 | BANKRUPTCY CLERK'S OFFICE<br>U.S. BANKRUPTCY COURT<br>230 N. FIRST AVENUE, SUITE 101<br>PHOENIX, AZ 85003 | REOPENING FEE | 2700-000 | | 260.00 | 2,686.68 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,686.70 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.58 | 2,683.12 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,683.14 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.08 | 2,680.06 |
| 10/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,680.07 |
| 10/18/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.87 | 2,678.20 |
| 10/18/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,678.20 | 0.00 |
| | | | | Page Subtotals | 2,954.11 | 2,954.11 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-19258-PHX -DPC | Trustee Name: CONSTANTINO FLORES |
| Case Name: GAGE SR., DAVID M | Bank Name: BANK OF AMERICA, N.A. |
| GAGE, MARCY K | Account Number / CD #: *******6844 BofA - Money Market Account |
| Taxpayer ID No: *******2382 | |
| For Period Ending: 03/29/14 | Blanket Bond (per case limit): $ 65,631,723.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,954.11 | 2,954.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 2,678.20 | |
| | | | Subtotal | | 2,954.11 | 275.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,954.11 | 275.91 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8038 | 0.00 | 105.00 | 2,573.20 |
| BofA - Money Market Account - ********6844 | 2,954.11 | 275.91 | 0.00 |
| | 2,954.11 | 380.91 | 2,573.20 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Case Number: 11-19258-PHX
Debtor Name: GAGE SR., DAVID M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A1 001 2700-00 | BANKRUPTCY CLERK'S OFFICE U.S. BANKRUPTCY COURT 230 N. FIRST AVENUE, SUITE 101 PHOENIX, AZ 85003 | Administrative | | $260.00 | $260.00 | $0.00 |
| 000001B 040 5800-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Priority | | $517.57 | $0.00 | $517.57 |
| 000001C 070 7100-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Unsecured | | $3,025.46 | $0.00 | $3,025.46 |
| 000001D 080 7300-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Unsecured | | $1,951.44 | $0.00 | $1,951.44 |
| 000002 070 7100-00 | MIDLAND FUNDING LLC BY ITS AUTHORIZED AGENT RECOSER, LLC 25 SE 2ND AVE, SUITE 1120 MIAMI, FL 33131-1605 | Unsecured | | $1,977.01 | $0.00 | $1,977.01 |
| 000003 070 7100-00 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $920.33 | $0.00 | $920.33 |
| 000004 070 7100-00 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $1,596.32 | $0.00 | $1,596.32 |
| 000005 070 7100-00 | LADCO LEASING 7300 CHAPMAN HIGHWAY KNOXVILLE TN 37920 | Unsecured | | $1,466.85 | $0.00 | $1,466.85 |
| 000006 070 7100-00 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF OSI RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured | | $1,901.06 | $0.00 | $1,901.06 |
| 000007 070 7100-00 | KEVIN NOBLE C/O TINA M. EZZELL TIFFANY & BOSCO THIRD FLOOR, CAMELBACK ESPLANADE II 2525 E. CAMELBACK ROAD PHOENIX, AZ 85016 | Unsecured | | $3,208,794.15 | $0.00 | $3,208,794.15 |
| 000008 070 7100-00 | TWO STEP ENTERPRISES, LLC C/O TINA M. EZZELL, ESQ. THIRD FLOOR CAMELBACK | Unsecured | | $209,694.43 | $0.00 | $209,694.43 |

Case Number: 11-19258-PHX
Debtor Name: GAGE SR., DAVID M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ESPLANADE II<br>2525 EAST CAMELBACK<br>ESPLANADE II<br>PHOENIX, AZ 85016 | | | | | |
| 000009<br>070<br>7100-00 | ANDREA NOBLE<br>C/O TINA M. EZZELL, ESQ.<br>THIRD FLOOR CAMELBACK<br>ESPLANADE II<br>2525 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016 | Unsecured | | $209,745.43 | $0.00 | $209,745.43 |
| 000010<br>080<br>7200-00 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $1,384.18 | $0.00 | $1,384.18 |
| 000001A<br>050<br>4300-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Secured | | $7,200.00 | $0.00 | $7,200.00 |
| | Case Totals: | | | $3,650,434.23 | $260.00 | $3,650,174.23 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-19258-PHX DPC
Case Name: GAGE SR., DAVID M
               GAGE, MARCY K
Trustee Name: CONSTANTINO FLORES

    Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ | $ | $ | $ |

    Total to be paid to secured creditors                       $_____

    Remaining Balance                                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CONSTANTINO FLORES | $ | $ | $ |
| Trustee Expenses: CONSTANTINO FLORES | $ | $ | $ |
| Charges: BANKRUPTCY CLERK'S OFFICE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses       $_____

    Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000005 | LADCO LEASING | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000007 | KEVIN NOBLE | $ | $ | $ |
| 000008 | TWO STEP ENTERPRISES, LLC | $ | $ | $ |
| 000009 | ANDREA NOBLE | $ | $ | $ |
| 000001C | Internal Revenue Service | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | CAPITAL ONE, N.A. | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors      $_____

    Remaining Balance      $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001D | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors      $_____

Remaining Balance      $_____